# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Spencer Stecz

                      CASE NO. C 05-01171 EMC

        Plaintiff(s),

     v.                        STIPULATION AND [PROPOSED]
STATE FARM MUTUAL AUTOMOBILE    ORDER SELECTING ADR PROCESS
INSURANCE COMPANY, et al
        Defendant(s).
                               /

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 08/10/05                           Laurence F. Padway
                                                 Attorney for Plaintiff

Dated: 08/10/05                           Brian K. Davis
                                                 Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓       Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: August 22, 2005

_____
UNITED STATES MAGISTRATE JUDGE

*[Signed: Judge Edward M. Chen, United States District Court, Northern District of California]*

CASE NAME:     Stecz v. State Farm
ACTION NO.:

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Pkwy., Ste. 480, Redwood Shores, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

    Laurence F. Padway
    LAW OFFICES OF LAURENCE F. PADWAY
    1516 Oak Street, Suite 109
    Alameda, CA 94501

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 10, 2005, at Redwood City, California.

_____
Cynthia Thomas

---
**PROOF OF SERVICE –**