IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER STECZ, | No. C 05-01171 CRB |
| Plaintiff, | **ORDER SETTING TRIAL DATE** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | |
| Defendants. | |

Trial on the claim remaining in this action shall commence at 8:30 a.m. on October 3, 2006. The pretrial conference is at 2:30 p.m. on September 26, 2006. The parties are ordered to comply with the Court's pretrial order, a copy of which will be mailed to the parties.

**IT IS SO ORDERED.**

Dated: July 7, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1171\ordersettingtrial.wpd