IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPENCER STECZ,

    Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.
_____/

No. C 05-01171 CRB

**VERDICT FORM**

We, the jury in the above-entitled case, find the following:

1. Did defendant prove its false statement affirmative defense?

   Answer "Yes" or "No."

   Answer: YES ____, NO _____


2. Did defendant prove its concealment of information affirmative defense?

   Answer "Yes" or "No."

   Answer: YES ____, NO _____

*If your answer to questions 1 <u>or</u> 2 is "Yes," please stop here.  If you answer to questions 1 <u>and</u> 2 is "No," please continue to question 3.*

3. What are the loss of use damages, if any, suffered by plaintiff as a result of defendant's breach of the insurance contract?

$_____

Dated: _____
JURY FOREPERSON