BRIAN R. DAVIS (SBN 160817)
VIVIAN N. VO (SBN 231223)
**HAYES, DAVIS, BONINO, ELLINGSON, McLAY & SCOTT**
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California  94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER STECZ;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 20, inclusive;<br><br>Defendants. | CASE NO.  C 05-01171 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>[Federal Rules of Civil Procedure, Rule 41(a)(1)] |

IT IS HEREBY STIPULATED by plaintiff SPENCER STECZ, through his attorney of record Laurence F. Padway of Law Offices of Laurence F. Padway, defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through its attorney of record Brian R. Davis of Hayes, Davis, Bonino, Ellingson, McLay & Scott, that the above-captioned action has been resolved by a waiver of STECZ's rights of appeal and, in exchange, a waiver of STATE FARM's Bill of Costs.

IT IS HEREBY FURTHER STIPULATED by STECZ and STATE FARM that the above-captioned action be DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

| | | |
|---|---|---|
| 1 | Dated: October 3|, 2006 | LAW OFFICES OF LAURENCE F. PADWAY |
| 2 | | |
| 3 | | By_____ |
| 4 | | Laurence F. Padway |
| | | Attorney for Plaintiff |
| 5 | | SPENCER STECZ |
| 6 | | |
| 7 | | |
| 8 | Dated: October 25, 2006 | HAYES, DAVIS, BONINO, ELLINGSON, MCLAY & SCOTT |
| 9 | | |
| 10 | | |
| 11 | | By_____ |
| | | BRIAN R. DAVIS |
| 12 | | Attorney for Defendant |
| | | STATE FARM MUTUAL AUTOMOBILE |
| 13 | | INSURANCE COMPANY |
| 14 | | **ORDER** |
| 15 | IT IS SO ORDERED. | |
| 16 | | |
| 17 | Dated: November 06, 2006 | _____ |
| 18 | | HONORABLE CHARLES R. BREYER |
| | | UNITED STATES DISTRICT COURT FOR THE |
| 19 | | NORTHERN DISTRICT OF CALIFORNIA |

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]